**Order entered November 7, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00090-CV

### CHELSEA L. DAVIS, Appellant

### V.

### HARLAN R. CROW, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-14479**

## ORDER

In an opinion dated September 29, 2014, the Court dismissed this appeal. On November 5, 2014 appellant filed a Notice of Effective Transfer and a Notice of Withdrawal of Documents. In the Notice of Effective Transfer, appellant states that the notice "may be akin to a notice of removal" and that it "replaces all prior documents." In the Notice of Withdrawal of Documents, appellant states that she "withdraws each and every statement in each and every document submitted to this Court." To the extent appellant is requesting any action by this Court, we treat her two documents as motions. We **DENY** appellant's motions.

/s/     ELIZABETH LANG-MIERS
          JUSTICE